# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHANTE WILLIAMS, | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:17-cv-01715-AKK-SGC |
| WARDEN PATRICIA BRADLEY, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on November 5, 2020, recommending the claims presented in this petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, be denied and dismissed with prejudice. Doc. 11. Although the magistrate judge advised the parties of their right to file specific written objections within fourteen days, the court has not received any objections within the prescribed time.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. Accordingly, Williams's petition is due to be dismissed with prejudice.

A separate order will be entered.

1

**DONE** the 30th day of November, 2020.

                                                                  _____
                                                                  **ABDUL K. KALLON**
                                                       UNITED STATES DISTRICT JUDGE